# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2018

Stephen J. Markman,
Chief Justice

153696(54)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID ALLEN SNYDER,
      Defendant-Appellant.

_____/

SC:  153696
COA:  325449
Gratiot CC:  14-007061-FH

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED.  The supplemental brief will be accepted for filing if submitted on or before September 25, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2018



Clerk